IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT TURNER, )
)
    Plaintiff, )
)
v. ) 1:22-CV-92
)
CAPTAIN JOHNSON and OFFICER )
M. AYISI, )
)
    Defendants. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the plaintiff's three motions for default judgment, Docs. 18, 24, 29, are **DENIED.**

This the 13th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE